## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MARK BRADER,

     Plaintiff,

               v.

BIOGEN INC.,

     Defendant.

Civil Action No.   16-10889 (DPW)

## AFFIDAVIT OF SARAH B. HERLIHY IN SUPPORT OF DEFENDANT BIOGEN INC.'S MOTION FOR SUMMARY JUDGMENT

I, Sarah Herlihy, on oath, depose and say as follows:

1.     I am of counsel with the law firm of Jackson Lewis P.C., and work from an office at 75 Park Plaza, Boston, Massachusetts.  I have been involved in the defense of this matter since this suit was served, representing Defendant Biogen, Inc. ("Biogen").

2.     This affidavit and the exhibits attached, including the deposition transcripts, emails, performance review, leave forms, job posting, handwritten notes and other documents are submitted in support of Biogen's Motion for Summary Judgment.  All exhibits are true and accurate copies.

3.     The majority of the exhibits are self-explanatory.  Exhibit OO are handwritten notes of Andrea Sinclair, as set forth in the Statement of Facts.

Signed under the pains and penalties of perjury this 20th day of October 2017.

                                 */s/ Sarah B. Herlihy*
                                 Sarah Herlihy