# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

MARK BRADER,

      Plaintiff,

            v.

BIOGEN INC.,

      Defendant.

Civil Action No.  16-10889 (DPW)

## AFFIDAVIT OF JEREMY Y. WELTMAN IN SUPPORT OF PLAINTIFF, MARK BRADER'S OPPOSITION TO DEFENDANT, BIOGEN, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Jeremy Y. Weltman, on oath, depose and say as follows:

1.      I am a Partner in the litigation department of Kerstein, Coren & Lichtenstein LLP, and work from an office located at 60 Walnut Street, Wellesley, Massachusetts.  I have been involved in this matter since its commencement, representing Plaintiff, Mark Brader (hereinafter "Dr. Brader").

2.      This affidavit and the exhibits attached, including the deposition transcripts, emails, performance review, leave forms, handwritten notes, affidavits and all other documents are submitted in support of Dr. Brader's Opposition to Biogen, Inc.'s (hereinafter "Biogen") Motion for Summary Judgment.  All exhibits are true and accurate copies[1].

3.      The majority of the exhibits are self-explanatory. **Exhibit 12** and **Exhibit 13** contain handwritten notes which Biogen has represented to Dr. Brader as the true and accurate

---

[1] This is inclusive of any and all exhibits attached to **Exhibit 11**, which is the Affidavit of Julie A. Moore, Esq., SPHR, SHRM-SCP.

copies of notes written by Ms. Andrea Sinclair.  **Exhibit 16** contains the handwritten notes of Dr. Brader as they were given to Ms. Jessica Ballinger on June 30, 2014.

Signed under the pains and penalties of perjury this 22nd day of November 2017.

*/s/ Jeremy Y. Weltman*
Jeremy Y. Weltman